Order entered April 2, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00752-CV

### MARYAM PARVIZ-KHYAVI, PH.D., Appellant

### V.

### ALCON LABORATORIES, INC. AND AETNA LIFE INSURANCE COMPANY, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-03942-D**

## ORDER

Appellant Maryam Parviz-Khyavi, Ph.D. filed a motion for rehearing of this Court's opinion, which issued on February 15, 2013. Appellees Alcon Laboratories, Inc. and Aetna Life Insurance Company filed a response to the motion for rehearing on March 25, 2013. After considering the issues and arguments presented in the motion for rehearing and appellees' response, appellant's motion for rehearing is DENIED.


/s/     MARY MURPHY
        JUSTICE